# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LASZLO HATSCHEK,**
Appellant,

v.

**BANK OF AMERICA, N.A., THE INVERRARY ASSOCIATION, INC., ISLES OF INVERRARY CONDOMINIUM ASSOCIATION, INC., CACH, LLC,** and **PORTFOLIO RECOVERY ASSOCIATES, LLC,**
Appellees.

No. 4D16-3702

[November 30, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Judge; L.T. Case No. CACE15017784.

Laszlo Hatschek, Lauderhill, pro se.

Todd C. Drosky of Frenkel Lambert Weiss Weisman & Gordon, LLP, Fort Lauderdale, for appellee Bank of America, N.A.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and DAMOORGIAN, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***